# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**VICTOR OTERO,**

    **Petitioner,**

**-vs-**                                           **Case No.  8:04-cv-1430-T-26MSS**
                                                    **Criminal Case No.  8:02-CR-442-T-27MSS**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order entered October 20, 2006, the Defendant's motion to vacate, set aside or correct sentence, is hereby denied. Judgment is entered against the Petitioner.

                                    SHERYL L. LOESCH, CLERK

                                    __s/C Ayers_____
                                    By:    C. Ayers, Deputy Clerk

Date:    October 23, 2006

Copies furnished to:

Counsel of Record
Unrepresented Parties